Commonwealth *v.* McWhite, Appellant.

Argued June 13, 1973. *Isaiah W. Crippins,* for appellant; *Walter W. Cohen,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* McWhite, Appellant.

Argued June 13, 1973. *Isaiah W. Crippins,* for appellant; *Walter W. Cohen,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Mosley, Appellant.